Brent H. Smith, OSB #065971
E-mail: brent@baumsmith.com
Baum Smith, LLC
P.O Box 967
808 Adams Avenue
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254

Attorneys for Plaintiff Curtis Moss

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CURTIS MOSS,<br><br>   Plaintiff,<br><br>  v.<br><br>PROVIDENCE HEALTH AND SERVICES - OREGON, an Oregon Non-Profit Corporation,<br><br>   Defendant. | Case No.: 3:22-cv-01974-JR<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY |

  Based on the parties' stipulation, and the court being fully advised; now,

therefore;

/ / /

1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY

**BAUM SMITH LLC**
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

IT IS HEREBY ORDERED AND ADJUDGED that this action and all claims and counterclaims herein are dismissed with prejudice and without an award of costs or fees to any party.

Dated: 2/21/2024

/s/ Jolie A. Russo

Jolie A. Russo
U.S. Magistrate Judge

2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY

**BAUM SMITH LLC**
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com